OPINION — AG — THE PROCEEDS OF AN INSURANCE POLICY COVERING THE DESTRUCTION OF SUCH BUILDING CANNOT BE LAWFULLY APPLIED TO THE COST OF ERECTING BUILDING AS A COMMUNITY CENTER EXCLUSIVELY, EITHER BY THE RURAL DEVELOPMENT CLUB OR THE INSURANCE CARRIER, AND THE PROCEEDS OF THE INSURANCE POLICY NOW IN THE HANDS OF THE RURAL DEVELOPMENT CLUB IS THE PROPERTY OF THE ANNEXING SCHOOL DISTRICT. CITE: 70 O.S. 1961 7-6 [70-7-6], 70 O.S. 1961 7-4 [70-7-4] (W. J. MONROE)